UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MIDSOUTH BANK, N.A. | CIVIL ACTION NO. 6:19-cv-00091 |
| VERSUS | JUDGE JUNEAU |
| QUALITY COMPANIES USA, LLC, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's motion for remand (Rec. Doc. 5) is GRANTED, consistent with the report and recommendation, and this matter is remanded to the 15th Judicial District Court, Lafayette Parish, Louisiana.

Signed at Lafayette, Louisiana, this 25th day of February 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE